# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 655 MAL 2021

    Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

    v. :

WILLIAM BRENNAN, :

    Petitioner :


COMMONWEALTH OF PENNSYLVANIA, : No. 656 MAL 2021

    Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

    v. :

WILLIAM BRENNAN, :

    Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 2nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.